IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY J. MORTIMER ET AL., | : : : | CONSOLIDATED UNDER MDL 875 |
| v. | : : | E.D. PA. CIVIL ACTION NO. 2:13-04169-ER |
| A.O. SMITH CORP., ET AL. | : : | |

### O R D E R

**AND NOW,** this **23rd** day of **October, 2015**, upon consideration of the Motions of Defendant Ford Motor Co. to Exclude the Expert Testimony of Arthur Frank, M.D., Ph.D. (ECF. No. 293) and Scott A. Bralow, D.O. (ECF. No. 430) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED**[1] that:

1. The Defendant's Motion to Exclude the Expert Testimony of Dr. Frank (ECF No. 293) is **GRANTED in part** and **DENIED in part.** The motion is **GRANTED** in that Dr. Frank will not be permitted to offer an opinion regarding specific causation. The motion is **DENIED** in that he will be permitted to offer an opinion regarding general causation.

---

[1] Numerous other defendants moved to join in these motions. The rulings on Ford Motor Co.'s motions will also apply with respect to these defendants. (See ECF Nos. 457, 520, 545, and 557.)

2

2. The Motion to Exclude the Expert Testimony of Mr. Bralow (ECF. No. 430) is **DENIED** and Mr. Bralow will be permitted to offer an opinion regarding general causation.

        **AND IT IS SO ORDERED.**

        <u>s/ Eduardo Robreno</u>
        **EDUARDO, C. ROBRENO, J.**